UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RUSSELL S. SMITH,

    Plaintiff,

v.

CADILLAC ACCOUNTS RECEIVABLE MANAGEMENT, INC.,

    Defendant.

1:18-cv-13363-GCS-PTM

**ORDER GRANTING UNOPPOSED
MOTION TO STAY ALL DEADLINES [14]**

Plaintiff, CADILLAC ACCOUNTS RECEIVABLE MANAGEMENT, INC., having filed with this Court his Unopposed Motion to Stay All Deadlines and the Court having reviewed same, hereby ORDERED.

1. This case is stayed until a ruling is made on Plaintiff's Motion for Leave to File His File Amended Complaint.

Dated: March 14, 2019

                                        s/George Caram Steeh
                                        U.S. District Court Judge